FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

RECEIPT # _56134_
AMOUNT $ _150 __
SUMMONS ISSUED _Y-6_
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED_____
BY DPTY. CLK. _m_
DATE_____ _5-21 04_

DON SHAPIRO, INC., d/b/a
DON SHAPIRO PRODUCE
15 Commercial Street
Everett, Massachusetts 02149
(617) 381-6707

       Plaintiff

    v.

CAPITOL FOOD CORP. OF FIELDS CORNER
500 Geneva Avenue
Dorchester, Massachusetts 02122
(617) 265-9500

    and

STANLEY M. SLAWSBY
500 Geneva Avenue
Dorchester, Massachusetts 02122
(617) 265-9500

    and

JUDITH M. SLAWSBY
500 Geneva Avenue
Dorchester, Massachusetts 02122
(617) 265-9500

    and

MIDLAND FARM STORES, INC.
71 Fuller Road
Colonie, New York  12205
(518) 438-0552

    and

DEMETROIS HASEOTS
71 Fuller Road
Colonie, New York  12205
(518) 438-0552

Civil No. _____

04 cv 11029 REK

MAGISTRATE JUDGE _Dein_

and                                    :
                                       :
                                       :
DALE STEENBURGH                        :
71 Fuller Road                         :
Colonie, New York  12205               :
(518) 438-0552                         :
                                       :
                                       :
            Defendants                 :

## COMPLAINT
### (To Enforce Payment From Produce Trust)

Don Shapiro, Inc., d/b/a Don Shapiro Produce ("plaintiff"), for its complaint against defendants, alleges:

### JURISDICTION AND VENUE

1.    Jurisdiction is based on Section 5(c)(5) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c)(5) (hereafter "the PACA"), 28 U.S.C. §1331 and 28 U.S.C. §1332.

2.    Venue in this District is based on 28 U.S.C. §1391 in that (a) plaintiff's claims arose in this District and (b) defendants' principal places of business are in this District.

### PARTIES

3.    Plaintiff, Don Shapiro, Inc., d/b/a Don Shapiro Produce, a corporation with its principal place of business in Everett, Massachusetts, is engaged in the business of buying and selling wholesale quantities of perishable agricultural commodities (hereafter "produce") in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

4.    a.    Defendant, Capitol Food Corp. of Fields Corner ("Capitol Food Corp."), a corporation with its principal place of business in Dorchester, Massachusetts, is engaged in the business of buying wholesale quantities of produce in interstate commerce and was at all times pertinent herein, a dealer subject to license under the provisions of the PACA as a dealer.

b.    Defendants, Stanley M. Slawsby and Judith M. Slawsby were the officers, directors and managers of Capitol Food Corp., during the period of time in question, who controlled the day to day operations of Capitol Food Corp. and were in a position of control over the PACA trust assets belonging to plaintiff.

c.    Midland Farm Stores, Inc. ("Midland Farm"), a corporation with its principal place of business in Colonie, New York, is engaged in the business of buying wholesale quantities of produce in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

d.    Upon information and belief, Demetrios Haseots and Dale Steenburgh are the officers, directors and managers of Midland Farm who controlled the day to day operations of Midland Farm and were in a position of control over the PACA trust assets belonging to plaintiff.

## GENERAL ALLEGATIONS

5.    This action is brought to enforce the trust provisions of P.L. 98-273, the 1984 amendment to Section 5(c) of the PACA, 7 U.S.C. §499e(c).

6.    Between July 14, 2003 and September 6, 2003, plaintiff sold and delivered to defendants in interstate commerce, wholesale amounts of produce worth

- 3 -

$51,153.97, of which $9,153.97 remains unpaid.  A statement of account is attached hereto as Exhibit 1.

7.    Defendants accepted the produce from plaintiff.

8.    At the time of receipt of the produce, plaintiff became a beneficiary in a statutory trust designed to assure payment to produce suppliers.  The trust consists of all produce or produce-related assets, including all funds commingled with funds from other sources and all assets procured by such funds, in the possession or control of defendants since the creation of the trust.

9.    Plaintiff preserved its interest in the PACA trust in the unpaid amount of $9,153.97 by timely delivering invoices to defendants which contained the language required by 7 U.S.C. §499e(c)(4) and remains a beneficiary until full payment is made for the produce.  Copies of the unpaid invoices are attached as Exhibit 2.

10.    Defendants failed to pay plaintiff as required.

11.    In or about November 2003, in derogation of plaintiff's PACA trust rights, defendant, Capitol Food Corp., Stanley M. Slawsby and Judith M. Slawsby sold and transferred its assets, including PACA trust assets belonging to plaintiff, to defendant Midland Farm Stores, Inc.

12.    Defendants' failure and refusal to pay plaintiff $9,153.97, indicates that defendants are failing to maintain sufficient assets in the statutory trust to pay plaintiff and are dissipating trust assets.

<u>Count 1</u>

(Failure to Pay PACA Trust Funds --
Capitol Food Corp. , Stanley M. Slawsby and Judith M. Slawsby)

13.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 12 above as if fully set forth herein.

14.    The failure of defendants to make payment to plaintiff of trust funds in the amount of $9,153.97 from the statutory trust is a violation of PACA and PACA regulations, and is unlawful.

WHEREFORE, plaintiff request an order enforcing payment from the trust by requiring immediate payment of $9,153.97 to plaintiff.

<u>Count 2</u>

(Failure to Pay For Goods Sold --
Capitol Food Corp., Stanley M. Slawsby and Judith M. Slawsby)

15.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 14 above as if fully set forth herein.

16.    Defendants failed and refused to pay plaintiff $9,153.97 owed to plaintiff for produce received by defendants from plaintiff.

WHEREFORE, plaintiff request judgment in the amount of $9,153.97 against the defendants, jointly and severally.

<u>Count 3</u>

(Unlawful Dissipation of Trust Assets by
a Corporate Official -- Stanley M. Slawsby)

17.    Plaintiff incorporates each and every allegation set forth in paragraph 1 to 16 above as if fully set forth herein.

18.    Defendant, Stanley M. Slawsby, was an officer and director of Capitol Food Corp. during the period of time in question and who was in a position of control over the PACA trust assets belonging to plaintiff.

19.    Defendant, Stanley M. Slawsby, failed to direct the corporation to fulfill its statutory duties to preserve PACA trust assets and pay plaintiff for the produce supplied.

20.    Defendant, Stanley M. Slawsby's failure to direct the corporation to maintain PACA trust assets and pay plaintiff for the produce it supplied was an unlawful dissipation of trust assets by a corporate official.

21.    As a result of said unlawful dissipation of trust assets, plaintiff has been deprived of its rights as a beneficiary in the produce trust and has been denied payment for the produce it supplied.

WHEREFORE, plaintiff request judgment against defendant Stanley M. Slawsby in the amount of $9,153.97.

### Count 4

(Unlawful Dissipation of Trust Assets by
a Corporate Official -- Judith M. Slawsby)

22.    Plaintiff incorporates each and every allegation set forth in paragraph 1 to 21 above as if fully set forth herein.

23.    Defendant, Judith M. Slawsby, was an officer and director of Capitol Food Corp. during the period of time in question and who was in a position of control over the PACA trust assets belonging to plaintiff.

- 6 -

24.    Defendant, Judith M. Slawsby, failed to direct the corporation to fulfill its statutory duties to preserve PACA trust assets and pay plaintiff for the produce supplied.

25.    Defendant, Judith M. Slawsby's failure to direct the corporation to maintain PACA trust assets and pay plaintiff for the produce it supplied was an unlawful dissipation of trust assets by a corporate official.

26.    As a result of said unlawful dissipation of trust assets, plaintiff has been deprived of its rights as a beneficiary in the produce trust and has been denied payment for the produce it supplied.

WHEREFORE, plaintiff request judgment against defendant Judith M. Slawsby in the amount of $9,153.97.

<u>Count 5</u>

(Unlawful Dissipation of Trust Assets by
Defendant Midland Farm Stores, Inc., Demetrios Haseots and Dale Steenburgh)

27.    Plaintiff incorporates each and every allegation set forth in paragraph 1 to 26 above as if fully set forth herein.

28.    In or about November 2003, defendants Midland Farm Stores, Inc., Demetrios Haseots and Dale Steenburgh (hereafter "the Midland Defendants"), received assets subject to the PACA trust for plaintiff's benefit, mainly by receiving inventory and other assets impressed with the PACA trust.

29.    The receipt and retention by the Midland Defendants of the PACA trust funds rightfully belonging to plaintiff while plaintiff is unpaid for the produce

transactions covered by the trust is a violation of PACA and the regulations promulgated there under.

WHEREFORE, plaintiff respectfully requests judgment against the Midland defendants, jointly and severally, for $9,153.97.

<u>Count 6</u>

(Interest and Attorney's Fees)
Capitol Food Corp. of Fields Corner, Stanley M. Slawsby, Judith M. Slawsby,
Midland Food Stores, Inc., Demetrios Haseots and Dale Steenburgh

30.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 29 above as if fully set forth herein.

31.    As a result of defendants' failure to make full payment promptly of $9,153.97, plaintiff have lost the use of said money.

32.    As a further result of defendants' failure to make full payment promptly of $9,153.97, plaintiff have been required to pay attorney's fees and costs in order to bring this action to require defendants to comply with their statutory duties.

WHEREFORE, plaintiff request judgment against each of the defendants, jointly and severally, for prejudgment interest, costs and attorneys fees.

Dated this _16th_ day of May, 2004

Respectfully submitted,

FLOOD & HARTIGAN

By:

John J. Hartigan
81 Bridge Street
Lowell, Massachusetts 01852
(978) 441-9900

Attorneys for Plaintiff

Don Shapiro Produce
15 Commercial Street
Everett, MA 02149

CAPITAL MARKETS
500 GENEVA AVE.
DORCHESTER,MASS.02124

                                    Date:   05/11/04
                              Account No:  CAPIT
                                Phone No:  617-265-9500
Dear: CAPITAL MARKETS           Fax No:  617-825-1826

    Here is a complete list of your unpaid invoices as they appear in our
records. We would appreciate your personal review of these records and
prompt payment. Terms are net 10 days.

| INV.DATE | INVOICE AMOUNT | PAYMENT(S) | CREDITS | AMOUNT DUE | DAYS OLD |
|----------|----------------|------------|---------|------------|----------|
| 08/25/03 | 1,920.03 | 543.19 | .00 | 1,376.84 | 260 |
| 08/26/03 | 967.97 | .00 | .00 | 967.97 | 259 |
| 08/26/03 | 145.00 | .00 | .00 | 145.00 | 259 |
| 08/26/03 | 8.50 | .00 | .00 | 8.50 | 259 |
| 08/27/03 | 24.70 | .00 | .00 | 24.70- | 258 |
| 08/28/03 | 1,775.50 | .00 | .00 | 1,775.50 | 257 |
| 08/29/03 | 1,048.69 | .00 | .00 | 1,048.69 | 256 |
| 08/29/03 | 95.00 | .00 | .00 | 95.00 | 256 |
| 08/29/03 | 66.20 | .00 | .00 | 66.20- | 256 |
| 08/30/03 | 1,772.95 | .00 | .00 | 1,772.95 | 255 |
| 09/02/03 | 1,597.57 | .00 | .00 | 1,597.57 | 252 |
| 09/04/03 | 145.00 | .00 | .00 | 145.00 | 250 |
| 09/05/03 | 810.85 | .00 | .00 | 810.85 | 249 |
| 09/06/03 | 482.00 | .00 | .00 | 482.00- | 248 |

                        SUB TOTAL:     9,153.97
                 UPAPPLIED CREDITS:
                                    --------------------
                 TOTAL AMOUNT DUE:     9,153.97

    You have been a valued customer and we appreciate your business.  If
there are any questions regarding the above listing, please contact:
Accounts Receivable  617-381-6707

Yours Truly

Accounts Receivable

DGA SHAPING INC.
15 COMMERCIAL ST
EVERETT MA 02149

WEEKLY INVOICE
WEEK ENDING 08/31/03

BILL TO: CAPITAL MARKETS                    CAPLT             PAGE   1
         500 GENEVA AVE.
         DORCHESTER,MASS.02124

| DATE | QNT | DESCRIPTION | PRICE | EXTN | TOTAL |
|------|-----|-------------|-------|------|-------|
| 08/25/03 | 1 | 50# A RED POTATOES | 19.10 | 19.10 | |
| | 1 | WAXED TURNIP | 14.60 | 14.60 | |
| | 1 | 50# ONIONS | 15.10 | 15.10 | |
| | 1 | SHIP ON MONDAY | .00 | .00 | |
| | 1 | 10 CT PINEAPPLES | 19.10 | 19.10 | |
| | 2 | 5 X 6 TOMATOES | 22.10 | 44.20 | |
| | 2 | 6 CT HONEYDEW | 10.60 | 21.20 | |
| | 1 | SNAP PEAS | 17.10 | 17.10 | |
| | 2 | TOMATO PLUM | 24.10 | 48.20 | |
| | 1 | RED PLUMS | 22.10 | 22.10 | |
| | 5 | CLUSTER (VINE) TOMATOES | 13.75 | 68.75 | |
| | 1 | GREEN BEANS | 15.60 | 15.60 | |
| | 1 | 12 CT THYME | 10.85 | 10.85 | |
| | 1 | MIXED CHILES | 24.10 | 24.10 | |
| | .25 | PEEL GARLIC ZESTY 4 GAL | 29.10 | 7.28 | |
| | 1 | GINGER ROOT 30 LB. | 28.60 | 28.60 | |
| | 2 | SUPER COLOSSAL GARLIC | 32.10 | 64.20 | |
| | 2 | 25# RED ONIONS | 12.10 | 24.20 | |
| | 2 | SPANISH ONIONS | 15.10 | 30.20 | |
| | 3 | 2# ONIONS | 15.10 | 45.30 | |
| | 1 | CILANTRO | 18.10 | 18.10 | |
| | 1 | ITALIANELLE PEPPERS | 16.10 | 16.10 | |
| | 4 | ST GARDEN 10OZ. SPINACH | 8.50 | 34.00 | |
| | 2 | SCALLIONS   48 CT | 12.75 | 25.50 | |
| | 10 | PARSLEY ITALIAN(BUNCH) | .40 | 4.00 | |
| | 1 | LEEKS | 19.10 | 19.10 | |
| | 1 | 1 # MINI CARROTS | 16.50 | 16.50 | |
| | 1 | 1# CELLO CARROTS | 15.10 | 15.10 | |
| | 1 | 24 CT CELERY | 20.10 | 20.10 | |
| | 1 | 5 # CARROTS | 15.10 | 15.10 | |
| | 5 | GREEN CABBAGE | 10.60 | 53.00 | |
| | 2 | GRAPEFRUIT 48 RED | 21.10 | 42.20 | |
| | 1 | 88/96 GRANNY SMITH APPLES | 34.10 | 34.10 | |
| | 2 | WHITE GRAPES | 21.10 | 42.20 | |
| | 15 | MANGOES | 5.75 | 86.25 | |
| | 1 | 80 BARTLETT PEARS | 29.10 | 29.10 | |
| | 3 | DOLE 12/1# CLASSIC SALAD | 13.06 | 39.18 | |
| | 1 | DOLE 16 OZ COLESLAW | 12.11 | 12.11 | |
| | 1 | DOLE 12/10 CAESAR SALAD | 21.06 | 21.06 | |
| | 2 | 1# CAL STRAWBERRIES | 19.10 | 38.20 | |
| | 2 | RED SEEDLESS GRAPES | 22.60 | 45.20 | |

```
DOW SHAPIRO INC.
15 COMMERCIAL ST                    WEEKLY INVOICE
EVERETT MA 02149                    WEEK ENDING 08/31/03
```

BILL TO: CAPITAL MARKETS          CAPIT          PAGE   2
         500 GENEVA AVE.
         DORCHESTER,MASS.02124

| DATE | QNT | DESCRIPTION | PRICE | EXTN | TOTAL |
|------|-----|-------------|-------|------|-------|
| 08/25/03 | 3 | BLACK PLUMS | 21.10 | 63.30 | |
| | 1 | 80 BOSC PEARS | 42.10 | 42.10 | |
| | 1 | 72 GOLDEN DELICIOUS | 31.10 | 31.10 | |
| | 1 | MUSTARD GREENS | 14.10 | 14.10 | |
| | 2 | 48 CT NECTARINES | 21.10 | 42.20 | |
| | 1 | CHOICE 95 LEMONS | 20.10 | 20.10 | |
| | 2 | 12 CT CANTELOUPES | 16.10 | 32.20 | |
| | 1 | 10 OZ FRANKLIN MUSHROOM | 11.25 | 11.25 | |
| | 2 | PEACHES 48/56 CT | 18.10 | 36.20 | |
| | 1 | CELLO ROMAINE HEARTS | 22.10 | 22.10 | |
| | 1 | BOK CHOY | 18.10 | 18.10 | |
| | 1 | MINT | 10.10 | 10.10 | |
| | 1 | SUMMER SQUASH | 18.10 | 18.10 | |
| | 1 | 2 # CELLO CARROTS | 15.10 | 15.10 | |
| | 1 | BUSHEL PICKLE CUKES | 30.10 | 30.10 | |
| | 3 | HOLLAND RED PEPPERS | 24.60 | 73.80 | |
| | 10 | PARSLEY CURLY(BUNCH) | .40 | 4.00 | |
| | 30 | COLLARD GREENS | 8.50 | 255.00 | |
| | 1 | N'EAST 12 CT CEL. HEARTS | 15.10 | 15.10 | |
| | | | DAY"S TOTAL | | 1,920.03 |
| 08/26/03 | 1 | 175 CT LIMES | 32.10 | 32.10 | |
| | 1 | SHIP ON TUESDAY | .00 | .00 | |
| | 1 | STAR FRUIT | 19.10 | 19.10 | |
| | 1 | 5# SHALLOTS | 8.00 | 8.00 | |
| | 1 | 50# A RED POTATOES | 19.10 | 19.10 | |
| | 1 | WAXED TURNIP | 14.60 | 14.60 | |
| | 1 | 50# ONIONS | 15.10 | 15.10 | |
| | 2 | 5 # CALIF POTATOES | 14.10 | 28.20 | |
| | 1 | GRAPE TOMATO | 17.10 | 17.10 | |
| | 3 | S. AFRICAN 56 NAVEL ORANG | 23.10 | 69.30 | |
| | 1 | USE CODE # 4490    (CREDIT) | 8.50- | 8.50- | |
| | 1 | MIX AND MATCH | 45.00 | 45.00 | |
| | 2 | MINI CARNATION BOUQUET | 50.00 | 100.00 | |
| | 1 | SHIP ON TUESDAY | .00 | .00 | |
| | 1 | PARSNIP CELLO | 17.10 | 17.10 | |
| | 1 | CAULIFLOWER | 15.10 | 15.10 | |
| | 1 | HOLLAND RED PEPPERS | 24.60 | 24.60 | |
| | 1 | BUNCH BEETS | 14.10 | 14.10 | |
| | 1 | WATERCRESS   12 CT | 9.10 | 9.10 | |
| | 1 | HOLLAND ORANGE PEPPERS | 22.60 | 22.60 | |

```
DON SHAPIRO INC.
15 COMMERCIAL ST                    WEEKLY INVOICE
EVERETT MA 02149                    WEEK ENDING 08/31/03


BILL TO: CAPITAL MARKETS            CAPIT          PAGE   3
         500 GENEVA AVE.
         DORCHESTER,MASS.02124
```

| DATE | QNT | DESCRIPTION | | PRICE | EXTN | TOTAL |
|------|-----|-------------|--|-------|------|-------|
| 08/26/03 | 1 | OKRA | | 20.60 | 20.60 | |
| | 1 | MINT | | 10.10 | 10.10 | |
| | 2 | ST GARDEN 10OZ. SPINACH | | 8.50 | 17.00 | |
| | 2 | 14 CT BROCCOLI | | 14.10 | 28.20 | |
| | 3 | GREEN CABBAGE | | 10.60 | 31.80 | |
| | 5 | CELLO LETTUCE | | 14.75 | 73.75 | |
| | 2 | BIG SPUD 5# IDAHO | | 15.60 | 31.20 | |
| | 2 | DOLE 12/1# CLASSIC SALAD | | 13.06 | 26.12 | |
| | 1 | SQUASH BUTTERCUP | | 18.10 | 18.10 | |
| | 1 | 117 CT KIWI | | 22.10 | 22.10 | |
| | 1 | PRUNE PLUMS | | 18.10 | 18.10 | |
| | 1 | 4 OZ ALFALFA 6 CT | | 6.10 | 6.10 | |
| | 2 | SUPER SELECT CUKES | | 15.60 | 31.20 | |
| | 2 | 48 CT NECTARINES | | 21.10 | 42.20 | |
| | 1 | PORTOBELLA SLICED | | 11.50 | 11.50 | |
| | 2 | PEACHES 48/56 CT | | 18.10 | 36.20 | |
| | 1 | BUTTERNUT SQUASH | | 20.10 | 20.10 | |
| | 10 | 14 OZ TOMATO | | 10.60 | 106.00 | |
| | 2 | 5 X 6 TOMATOES | | 22.10 | 44.20 | |
| | 2 | TOMATO PLUM | | 24.10 | 48.20 | |
| | | | | DAY"S TOTAL | | 1,104.47 |
| 08/27/03 | 1 | WAXED TURNIP | (CREDIT) | 14.60- | 14.60- | |
| | 1 | MINT | (CREDIT) | 10.10- | 10.10- | |
| | | | | DAY"S TOTAL | | 24.70- |
| 08/28/03 | 2 | TOTE PAULA RED | | 18.10 | 36.20 | |
| | 1 | TOTE GINGER GOLD APPLES | | 22.10 | 22.10 | |
| | 1 | PINK LADY APPLE | | 30.10 | 30.10 | |
| | 1 | SHIP ON THURSDAY | | .00 | .00 | |
| | 1 | 5/6 CT HAWAIIAN PINES | | 15.10 | 15.10 | |
| | 2 | 5# BAG A RED POTATOES | | 14.60 | 29.20 | |
| | 1 | 25# RED ONIONS | | 12.10 | 12.10 | |
| | 1 | SPANISH ONIONS | | 15.10 | 15.10 | |
| | 5 | 2# ONIONS | | 15.10 | 75.50 | |
| | 1 | 50# A RED POTATOES | | 19.10 | 19.10 | |
| | 3 | S. AFRICAN 56 NAVEL ORANG | | 23.10 | 69.30 | |
| | 2 | NATIVE BLUES | | 29.10 | 58.20 | |
| | 1 | 80 BARTLETT PEARS | | 29.10 | 29.10 | |
| | 3 | DOLE 12/1# CLASSIC SALAD | | 13.06 | 39.18 | |
| | 1 | DOLE 12/10 CAESAR SALAD | | 21.06 | 21.06 | |

DOM SHAPIRO INC.
15 COMMERCIAL ST                          WEEKLY INVOICE
EVERETT MA 02149                          WEEK ENDING 08/31/03

BILL TO: CAPITAL MARKETS           CAPIT           PAGE   4
         500 GENEVA AVE.
         DORCHESTER,MASS.02124

| DATE | QNT | DESCRIPTION | PRICE | EXTH | TOTAL |
|------|-----|-------------|-------|------|-------|
| 08/28/03 | 1 | DOLE ITAL BLEND 12/10 OZ | 19.91 | 19.91 | |
| | 1 | ROYAL GALA APPLES | 37.10 | 37.10 | |
| | 1 | TOTE PEACH 10CT 4 # | 29.10 | 29.10 | |
| | 2 | RED SEEDLESS GRAPES | 22.60 | 45.20 | |
| | 2 | BAG RED DELICIOUS | 18.10 | 36.20 | |
| | 1 | 4 OZ ALFALFA 6 CT | 6.10 | 6.10 | |
| | 2 | CHOICE 95 LEMONS | 20.10 | 40.20 | |
| | 2 | 12 CT CANTELOUPES | 19.10 | 38.20 | |
| | 1 | CELLO ROMAINE HEARTS | 22.10 | 22.10 | |
| | 2 | 6 CT HONEYDEW | 10.60 | 21.20 | |
| | 5 | EX LARGE PEPPERS | 14.60 | 73.00 | |
| | 1 | GREEN BEANS | 15.60 | 15.60 | |
| | 1 | CONCORD GRAPES | 25.10 | 25.10 | |
| | 1 | BRAE BURN APPLE | 30.10 | 30.10 | |
| | 2 | 88/96 GOLDEN DELICIOUS | 27.10 | 54.20 | |
| | 2 | 88 RED DELICIOUS | 25.10 | 50.20 | |
| | 1 | 3# BAG GRANNY SMITHS | 24.60 | 24.60 | |
| | 2 | WHITE GRAPES | 21.10 | 42.20 | |
| | 1 | CAULIFLOWER | 15.10 | 15.10 | |
| | 1 | 24 CT ARTICHOKES | 28.10 | 28.10 | |
| | 1 | ZUCCHINI SQUASH | 13.10 | 13.10 | |
| | 1 | CAL GR LEAF LETTUCE | 19.60 | 19.60 | |
| | 1 | MINT | 10.10 | 10.10 | |
| | 2 | ST GARDEN 100Z. SPINACH | 8.50 | 17.00 | |
| | 1 | 11# ASPARAGUS | 21.10 | 21.10 | |
| | 2 | 88/96 GRANNY SMITH APPLES | 31.10 | 62.20 | |
| | 30 | USE CODE # 4490 | 8.50 | 255.00 | |
| | 4 | 14 CT BROCCOLI | 14.10 | 56.40 | |
| | 2 | SCALLIONS   48 CT | 12.75 | 25.50 | |
| | 2 | 1 # MINI CARROTS | 16.50 | 33.00 | |
| | 1 | CAL RED LEAF LETTUCE | 19.60 | 19.60 | |
| | 1 | RED CABBAGE | 13.10 | 13.10 | |
| | 5 | CELLO LETTUCE | 14.75 | 73.75 | |
| | 2 | BIG SPUD 5# IDAHO | 15.60 | 31.20 | |
| | | | DAY"S TOTAL | | 1,775.50 |
| 08/29/03 | 1 | SHIP ON FRIDAY | .00 | .00 | |
| | 1 | SQUASH SPAGHETTI | 18.10 | 18.10 | |
| | 2 | SPANISH ONIONS | 12.75 | 25.50 | |
| | 1 | LG WHITE ONIONS | 16.10 | 16.10 | |
| | 1 | 175 CT LIMES | 32.10 | 32.10 | |

DGR SHAPIRO INC.
15 COMMERCIAL ST
EVERETT MA 02149

WEEKLY INVOICE
WEEK ENDING 08/31/03

BILL TO: CAPITAL MARKETS              CAPIT          PAGE  5
         500 GENEVA AVE.
         DORCHESTER,MASS.02124

| DATE | QNT | DESCRIPTION | PRICE | EXTN | TOTAL |
|------|-----|-------------|-------|------|-------|
| 08/29/03 | 1 | TOTE PEACH 10CT 4 # (CREDIT) | 29.10- | 29.10- | |
| | 1 | ROYAL GALA APPLES (CREDIT) | 37.10- | 37.10- | |
| | 1 | MIX AND MATCH | 45.00 | 45.00 | |
| | 1 | MINI CARNATION BOUQUET | 50.00 | 50.00 | |
| | 1 | SHIP ON FRIDAY | .00 | .00 | |
| | 15 | PARSLEY CURLY(BUNCH) | .40 | 6.00 | |
| | 2 | N'EAST 12 CT CEL. HEARTS | 11.50 | 23.00 | |
| | 1 | OKRA | 20.60 | 20.60 | |
| | .50 | DILL | 15.10 | 7.55 | |
| | 15 | PARSLEY ITALIAN(BUNCH) | .40 | 6.00 | |
| | 1 | DOLE 12/1# CLASSIC SALAD | 13.06 | 13.06 | |
| | 1 | DOLE 16 OZ COLESLAW | 12.11 | 12.11 | |
| | 1 | DOLE 12/10 CAESAR SALAD | 21.06 | 21.06 | |
| | 1 | DOLE ITAL BLEND 12/10 OZ | 19.91 | 19.91 | |
| | 1 | ROYAL GALA APPLES | 37.10 | 37.10 | |
| | 1 | GRAPEFRUIT 32 RED | 21.10 | 21.10 | |
| | 5 | 1# CAL STRAWBERRIES | 20.10 | 100.50 | |
| | 10 | RED SEEDLESS GRAPES | 16.50 | 165.00 | |
| | 2 | BLACK PLUMS | 22.10 | 44.20 | |
| | 1 | MUSTARD GREENS | 14.10 | 14.10 | |
| | 1 | SQUASH BUTTERCUP | 18.10 | 18.10 | |
| | 1 | 48 CT NECTARINES | 22.10 | 22.10 | |
| | 2 | 48 CT NECTARINES | 22.10 | 44.20 | |
| | 10 | 12 CT CANTELOUPES | 10.50 | 105.00 | |
| | 3 | PEACHES 48/56 CT | 18.10 | 54.30 | |
| | 2 | 5 X 6 TOMATOES | 22.10 | 44.20 | |
| | 2 | TOMATO PLUM | 24.10 | 48.20 | |
| | 2 | RED PLUMS | 22.10 | 44.20 | |
| | 1 | STAR FRUIT | 19.10 | 19.10 | |
| | 1 | MIXED CHILES | 24.10 | 24.10 | |
| | 1 | RED HOT CHERRY PEPPER | 22.10 | 22.10 | |
| | | | DAY"S TOTAL | | 1,077.49 |
| 08/30/03 | 1 | 50# ONIONS | 15.10 | 15.10 | |
| | 2 | 5 # CALIF POTATOES | 14.10 | 28.20 | |
| | 3 | S. AFRICAN 56 NAVEL ORANG | 23.10 | 69.30 | |
| | 1 | SHIP ON SATURDAY | .00 | .00 | |
| | 3 | CLUSTER (VINE) TOMATOES | 13.75 | 41.25 | |
| | 2 | GREEN BEANS | 16.50 | 33.00 | |
| | 1 | 12 CT THYME | 10.85 | 10.85 | |
| | 5 | BROCCOLI CROWNS | 18.10 | 90.50 | |

```
OUR SHAPIRO INC.
15 COMMERCIAL ST                    WEEKLY INVOICE
EVERETT MA 02149                    WEEK ENDING 08/31/03


BILL TO: CAPITAL MARKETS          CAPIT          PAGE  6
         500 GENEVA AVE.
         DORCHESTER,MASS.02124
```

| DATE | QNT | DESCRIPTION | PRICE | EXIN | TOTAL |
|------|-----|-------------|-------|------|-------|
| 08/30/03 | 5 | 70/80 RUSSET POTATOES | 17.10 | 85.50 | |
| | 10 | 5# EASTERN POTATOES | 11.60 | 116.00 | |
| | 5 | 2# ONIONS | 15.10 | 75.50 | |
| | 1 | 50# A RED POTATOES | 16.50 | 16.50 | |
| | 4 | ST GARDEN 100Z. SPINACH | 8.50 | 34.00 | |
| | 1 | 1 # MINI CARROTS | 16.50 | 16.50 | |
| | 1 | 1# CELLO CARROTS | 15.10 | 15.10 | |
| | 2 | 24 CT CELERY | 20.10 | 40.20 | |
| | 1 | 5 # CARROTS | 15.10 | 15.10 | |
| | 5 | GREEN CABBAGE | 10.60 | 53.00 | |
| | 2 | CELLO LETTUCE | 14.75 | 29.50 | |
| | 2 | BIG SPUD 5# IDAHO | 15.60 | 31.20 | |
| | 10 | 15 CT CANTELOUPES | 13.00 | 130.00 | |
| | 10 | RED SEEDLESS GRAPES | 16.50 | 165.00 | |
| | 2 | SUPER SELECT CUKES | 16.10 | 32.20 | |
| | 2 | 10 OZ FRANKLIN MUSHROOM | 11.25 | 22.50 | |
| | 70 | BIN WED WMELON CT=_____ | 4.00 | 280.00 | |
| | 2 | 5 X 6 TOMATOES | 22.10 | 44.20 | |
| | 2 | TOMATO PLUM | 24.10 | 48.20 | |
| | 5 | EX LARGE PEPPERS | 13.25 | 66.25 | |
| | 1 | ROMAINE LETTUCE | 12.50 | 12.50 | |
| | 1 | HOLLAND ORANGE PEPPERS | 22.60 | 22.60 | |
| | 1 | ZUCCHINI SQUASH | 13.10 | 13.10 | |
| | 1 | SUMMER SQUASH | 18.10 | 18.10 | |
| | 1 | 2 # CELLO CARROTS | 15.10 | 15.10 | |
| | 1 | EGGPLANT | 13.10 | 13.10 | |
| | 3 | HOLLAND RED PEPPERS | 24.60 | 73.80 | |

```
                                  DAY"S TOTAL    1,772.95




                 TOTAL PURCHASES FOR THE WEEK          7,625.74
```

DON SHAPIRO INC.
15 COMMERCIAL ST
EVERETT MA 02149

WEEKLY INVOICE
WEEK ENDING 09/07/03

BILL TO: CAPITAL MARKETS        CAPIT        PAGE  1
        500 GENEVA AVE.
        DORCHESTER,MASS.02124

| DATE | QNT | DESCRIPTION | PRICE | EXTN | TOTAL |
|------|-----|-------------|-------|------|-------|
| 09/02/03 | 1 | SHIP ON TUESDAY | .00 | .00 | |
| | 1 | TOTE PAULA RED | 18.10 | 18.10 | |
| | 1 | TOTE GINGER GOLD APPLES | 22.10 | 22.10 | |
| | 1 | 12 CT ROSEMARY | 10.85 | 10.85 | |
| | 1 | 12 CT THYME | 10.85 | 10.85 | |
| | 1 | BROCCOLI CROWNS | 18.10 | 18.10 | |
| | 2 | YAMS | 27.60 | 55.20 | |
| | 1 | DOLE 12/10 CAESAR SALAD | 21.06 | 21.06 | |
| | 2 | 1# CAL STRAWBERRIES | 20.10 | 40.20 | |
| | 1 | 80 BOSC PEARS | 38.10 | 38.10 | |
| | 1 | MUSTARD GREENS | 14.10 | 14.10 | |
| | 1 | 12 CT OREGANO | 10.85 | 10.85 | |
| | 1 | BAG RED DELICIOUS | 18.10 | 18.10 | |
| | 2 | SUPER SELECT CUKES | 16.10 | 32.20 | |
| | 1 | CHOICE 95 LEMONS | 20.10 | 20.10 | |
| | 1 | 10 OZ FRANKLIN MUSHROOM | 11.25 | 11.25 | |
| | 1 | BAG BASIL | 12.10 | 12.10 | |
| | 1 | 14 OZ TOMATO | 8.10 | 8.10 | |
| | 2 | 5 X 6 TOMATOES | 19.60 | 39.20 | |
| | 1 | TOMATO PLUM | 24.10 | 24.10 | |
| | 5 | EX LARGE PEPPERS | 13.25 | 66.25 | |
| | 2 | CLUSTER (VINE) TOMATOES | 16.10 | 32.20 | |
| | 1 | GREEN BEANS | 16.50 | 16.50 | |
| | 20 | CELLO LETTUCE | 24.10 | 482.00 | |
| | 20 | USE CODE # 4490 | 11.60 | 232.00 | |
| | 5 | CELLO LETTUCE | 24.10 | 120.50 | |
| | 1 | HOLLAND RED PEPPERS | 24.60 | 24.60 | |
| | 10 | PARSLEY CURLY(BUNCH) | .40 | 4.00 | |
| | 1 | 2 # CELLO CARROTS | 15.10 | 15.10 | |
| | 2 | ST GARDEN 10OZ. SPINACH | 8.50 | 17.00 | |
| | 1 | SCALLIONS   48 CT | 16.60 | 16.60 | |
| | 10 | PARSLEY ITALIAN(BUNCH) | .40 | 4.00 | |
| | 1 | 5 # CARROTS | 15.10 | 15.10 | |
| | 2 | BIG SPUD 5# IDAHO | 15.60 | 31.20 | |
| | 1 | 3# BAG GRANNY SMITHS | 24.60 | 24.60 | |
| | 1 | 80 BARTLETT PEARS | 29.10 | 29.10 | |
| | 1 | 80 BARTLETT PEARS | 29.10 | 29.10 | |
| | 1 | DOLE 12/1# CLASSIC SALAD | 13.06 | 13.06 | |
| | | | DAY'S TOTAL | | 1,597.57 |
| 09/04/03 | 1 | SHIP ON WEDNESDAY | .00 | .00 | |

00000000*0001* ... 00000*00010 ... 0000000 ... 0000

```
DON SHAPIRO INC.                      WEEKLY INVOICE
15 COMMERCIAL ST                      WEEK ENDING 09/07/03
EVERETT MA 02149
```

```
BILL TO: CAPITAL MARKETS        CAPIT        PAGE  2
         500 GENEVA AVE.
         DORCHESTER, MASS.02124
```

| DATE | QNT | DESCRIPTION | PRICE | EXTN | TOTAL |
|------|-----|-------------|-------|------|-------|
| 09/04/03 | 1 | MIX AND MATCH | 45.00 | 45.00 | |
| | 2 | MINI CARNATION BOUQUET | 50.00 | 100.00 | |
| | | | DAY"S TOTAL | | 145.00 |
| 09/05/03 | 10 | 14 OZ TOMATO | 8.10 | 81.00 | |
| | 2 | RED PLUMS | 22.10 | 44.20 | |
| | 2 | BROCCOLI CROWNS | 20.10 | 40.20 | |
| | 2 | YAMS | 27.60 | 55.20 | |
| | 1 | 25# RED ONIONS | 12.10 | 12.10 | |
| | 1 | LG WHITE ONIONS | 16.10 | 16.10 | |
| | 1 | PINK LADY APPLE | 30.10 | 30.10 | |
| | 1 | SHIP ON FRIDAY | .00 | .00 | |
| | 20 | COLLARD GREENS | 8.50 | 170.00 | |
| | 1 | ZUCCHINI SQUASH | 14.60 | 14.60 | |
| | 1 | SUMMER SQUASH | 18.10 | 18.10 | |
| | 1 | CAL GR LEAF LETTUCE | 16.10 | 16.10 | |
| | 1 | BUNCH BEETS | 14.10 | 14.10 | |
| | 1 | MINT | 11.10 | 11.10 | |
| | .50 | CILANTRO | 18.10 | 9.05 | |
| | 1 | KALE | 12.10 | 12.10 | |
| | 2 | SCALLIONS  48 CT | 16.60 | 33.20 | |
| | 10 | CORN | 11.10 | 111.00 | |
| | 2 | BLACK PLUMS | 22.10 | 44.20 | |
| | 2 | 48 CT NECTARINES | 22.10 | 44.20 | |
| | 2 | PEACHES 48/56 CT | 17.10 | 34.20 | |
| | | | DAY"S TOTAL | | 810.85 |

```
TOTAL PURCHASES FOR THE WEEK                  2,353.42
```

REMITTANCE STUB

CAPIT    CAPITAL MARKETS

|  |  |
|---|---|
| 09/02/03 | 1,597.57 |
| 09/04/03 | 145.00 |
| 09/05/03 | 810.85 |
| WEEK'S TO: | 2,553.42 |

\*\*\*\*\*\*\*\*\*    TERMS: NET 10 DAYS    \*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*    PLEASE RETURN THIS PART WITH YOUR PAYMENT    \*\*\*\*\*\*\*\*\*

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAIN A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

ALL PAYMENTS SHOULD NOW GO TO:
    DON SHAPIRO INC.
    PO BOX 845822
    BOSTON, MA  02284-5822

ALL OTHER CORRESPONDANCE WILL STILL GO TO:
    DON SHAPIRO INC.
    15 COMMERCIAL STREET
    EVERETT, MA  02155

**CIVIL COVER SHEET**

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

DON SHAPIRO, INC., d/b/a DON SHAPIRO PRODUCE

**DEFENDANTS**

CAPITOL FOOD CORP. OF FIELDS CORNER

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Suffolk
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Flood & Hartigan, 81 Bridge Street, Lowell, MA 01852 / 978-441-9900

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties IN Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX
(For Diversity Cases Only)    FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place Of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Failure to make full payment promptly and maintain statutory trust pursuant to the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. § 499e(c)(4)

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment Of Veterans= Benefits
☐ 160 Stockholders= Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers= Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

*PERSONAL INJURY*
☐ 362 Personal Injury C Med Malpractice
☐ 365 Personal Injury C Product Liability
☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Other

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS C Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☒ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (Specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**    CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23

DEMAND $9,153.97    Check YES only if demanded IN complaint:
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**    (See Instructions)    JUDGE _____    DOCKET NUMBER _____

DATE 5-18-04
May ___, 2004

SIGNATURE OF ATTORNEY OF RECORD

**UNITED STATES DISTRICT COURT**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.   TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)  Don Shapiro, Inc.
    d/b/a Don Shapiro Produce v. Capitol Food Corp. of Fields Corner

2.   CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LIST ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1))

| | | |
|---|---|---|
| —— | I. | 160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT |
| —— | II. | 195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720,730, 740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950. |
| X | III. | 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891. |
| —— | IV. | 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900. |
| —— | V. | 150, 152, 153. |

3.   TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E))
    n/a

4.   HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT? yes, see Docket No. 03-12315PBS

5.   DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST?  No
    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403)

6.   IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?  No

7.   DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY)? (SEE LOCAL RULE 40.1(C)) YES ____ OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? (SEE LOCAL RULE 40.1(D)) YES ____

8.   DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES   NO
    (a)   IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? _____

9.   IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? Eastern

10.   IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION____OR WESTERN SECTION____

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   John J. Hartigan, Esq.

ADDRESS  81 Bridge Street, Lowell, MA  01852

TELEPHONE NO.  978-441-9900

(COVER.SHT-08/90)

APPENDIX C