UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DON SHAPIRO, INC. d/b/a<br>DON SHAPIRO PRODUCE<br><br>          Plaintiff<br><br>v.<br><br>CAPITOL FOOD CORP. OF<br>FIELDS CORNER, et al.<br><br>          Defendants | Case No. 04CV11029REK |

### AFFIDAVIT OF JOHN J. HARTIGAN

I, John J. Hartigan, being duly sworn on oath, depose and state as follows:

1. I am co-counsel for plaintiff in the above-referenced matter.

2. On July 6, 2004, this Court was requested by the parties jointly to enter the attached Stipulation and Order executed by the parties' counsel.

3. The Stipulation and Order required defendant Midland Farms Stores, Inc. to pay plaintiff a balance of $9,153.97 in weekly installments of $2,000.00 beginning July 2, 2004. To secure payment of said amount, defendants Midland Farms Stores, Inc., Demetrios Haseotes, and Dale Steenburgh executed a Joint Motion for Entry of Judgment to be held in escrow unless there was a default in payment.

4. Despite providing notice of default to counsel for defendants, the defendants have failed to make the requisite payments in accordance with the Stipulation and Order.

5.  Under the terms of the Stipulation and Order, the attached Joint Motion for Entry of Judgment is to be granted and judgment entered upon the filing of an Affidavit by plaintiff's counsel attesting to the fact that defendants have defaulted under the Stipulation and Order.

Dated this 9th day of August, 2004.

_____
John J. Hartigan

On this    day of August 2004, before me, the undersigned notary public, personally appeared John J. Hartigan, proved to me through satisfactory evidence of identification, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose.

_____
James W. Flood, Jr., Esq.       ,Notary Public
My commission expires:  12/01/06