UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DON SHAPIRO, INC. d/b/a<br>DON SHAPIRO PRODUCE,<br><br>          Plaintiff,<br><br>     v.<br><br>CAPITOL FOOD CORP. OF<br>FIELDS CORNER, et al.,<br><br>          Defendants. | :<br>:<br>:<br>:<br>: Civil No. 04CV11029REK<br>:<br>:<br>:<br>:<br>:<br>: |

## VOLUNTARY DISMISSAL

To the Court Clerk:

Plaintiff, Don Shapiro, Inc. d/b/a Don Shapiro Produce, by and through counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismisses this action as to all defendants.

Dated this 5 day of January, 2005.

Respectfully submitted,

John J. Hartigan
Flood & Hartigan
81 Bridge Street
Lowell, MA 01852
(978) 441-9900

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was mailed, postage prepaid this 5 day of January, 2005, to Michael A. Kelly, Esq., 55 Pine Street, Suite 5000, Providence, Rhode Island 02903.

John J. Hartigan